**Keith D. Karnes**, Oregon State Bar ID #03352
kkarnes@olsendaines.com
OlsenDaines, P.C.
3995 Hagers Grove Road SE
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

FILED '11 MAY 31 11:12 USDC-ORE

Attorney for the Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

Kevin J. Dinsmore and Treena K. Dinsmore,
aka, Treena K. Edwards,

    Plaintiffs,

v.

Reliable Credit Association, Inc. and
John Doe,

    Defendants.

Case No. 11-6182-AA

COMPLAINT FOR VIOLATIONS OF
FAIR DEBT COLLECTION PRACTICES
ACT, UNLAWFUL DEBT COLLECTION
PRACTICES ACT, AND FALSE
IMPRISONMENT

JURY REQUESTED

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. §
1692k(d).

2. This action arises out of Defendants' violations of the Fair Debt Collection Practices

**OlsenDaines**
P.O. Box 12829
Salem, OR 97309-0829
Telephone: 503-362-9393
Facsimile: 503-362-1375

Page 1 - Complaint

ORX600006523

Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and the Unlawful Debt Collection Practices Act, ORS 646.639 ("UDCPA").

3. Jurisdiction of this Court also arises under 28 U.S.C. § 1367 for Claim II and Claim III as the claims are so related to Claim I that they form part of the same case or controversy.

4. Venue is proper in this district because the acts and transactions occurred here, Plaintiffs reside here.

## PARTIES

5. Plaintiffs, Kevin J. Dinsmore and Treena K. Dinsmore, aka Treena K. Edwards, (hereinafter "Plaintiffs"), are a natural persons who resides in the City of Albany, State of Oregon, and are a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant, Reliable Credit Association, Inc., (hereinafter "Defendant Reliable"), is licensed to conduct business in the State of Oregon and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

7. Defendant, John Doe, (hereinafter "Defendant Doe"), is a repossession company hired by Defendant Reliable. Defendant Doe is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. On or about August 22, 2009, Plaintiffs and Defendant Reliable entered into an agreement to purchase a vehicle, (hereinafter "Vehicle"), financed, (hereinafter "Loan"), through Defendant Reliable.

**OlsenDaines**
P.O. Box 12829
Salem, OR 97309-0829
Telephone: 503-362-9393
Facsimile: 503-362-1375

9. During the period of the contract with Defendant Reliable, Plaintiffs were charged with additional vehicle insurance on three different occasions even through Plaintiffs' insurance company provided coverage continuously throughout the contract of the Loan.

10. Plaintiffs have been late or partial payments made on some of their Loan payments. Defendant Reliable accepted these late or partial payments on the Vehicle Loan and continued to counsel Plaintiffs to make any payment they could on the Loan.

11. On or about July 7, 2010, Defendant Reliable hired Defendant Doe to repossess the Vehicle from Plaintiffs.

12. While Defendant Doe was attempting to repossess the Vehicle from Plaintiffs at their residence, Plaintiffs' minor daughter arrived home and Defendant Doe refused to let minor daughter enter into the home unless Plaintiffs' released the Vehicle to Defendant Doe.

13. Plaintiffs' attorney at the time of this incident was on the phone with Plaintiffs and heard the entire situation over the phone. Plaintiffs' attorney advised Plaintiffs to call a law enforcement officer to manage the scene. Plaintiffs called law enforcement. When the police arrived, Defendant Doe allowed the Plaintiffs' minor daughter to enter the Plaintiffs' residence.

## TRIAL BY JURY

14. Plaintiffs are entitled to and hereby respectfully demands a trial by jury. U.S. Const. Amend. 7. Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION

## COUNT I.

**OlsenDaines**
P.O. Box 12829
Salem, OR 97309-0829
Telephone: 503-362-9393
Facsimile: 503-362-1375

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 *et seq*.

15. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. The foregoing acts and omissions of both Defendants constitute numerous and multiple violations of the FDCPA including, but not limited to, 15 U.S.C. § 1692d, 1692d(1), 1692e(2), 1692e(4), 1692e(5), 1692e(10), 1692f and 1692f(6).

17. As a result of both Defendants' violations of the FDCPA, Plaintiffs are entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C.  § 1692k(a)(3).

## COUNT II.

## UNLAWFUL DEBT COLLECTION PRACTICES ACT

### ORS 646.639 *et seq*.

18. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. Each of the Defendants engaged in unfair and deceptive business practices, which constitutes a violation of UDCPA under ORS 646.639, 646.639(2)a, 646.639(2)c, 646.639(2)d and 646.639(2)e.

**OlsenDaines**
P.O. Box 12829
Salem, OR 97309-0829
Telephone:  503-362-9393
Facsimile:  503-362-1375

## COUNT III.

## TORT OF FALSE IMPRISONMENT

20.  Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

21.  Both Defendants committed the intentional tort of false imprisonment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment be entered against the Defendants for:

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692 *et seq.*

For an award of actual damages, pursuant to 15 U.S.C. § 1692k(a)(1) against both Defendants;

For an award of statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A) against both Defendants;

For an award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) against both Defendants.

## COUNT II.

## UNLAWFUL DEBT COLLECTION PRACTICES ACT

## ORS 646.639 *et seq.*

For an order enjoining both Defendants from further violations of the Unlawful Debt

**OlsenDaines**
P.O. Box 12829
Salem, OR 97309-0829
Telephone: 503-362-9393
Facsimile: 503-362-1375

Page 5 - Complaint

Collection Practices Act;

For an award of actual damages, pursuant to ORS 646.641(1), against both Defendants;

For an award of costs of litigation and reasonable attorney's fee, pursuant to ORS

646.641, against both Defendants;

For an award of punitive damages, pursuant to ORS 646.641(1), against both Defendants;

## COUNT III

## TORT OF FALSE IMPRISONMENT

For an award of actual damages against both Defendants;

For an award of punitive damages against both Defendants;

DATED this 26th day of May, 2011.

Keith D. Karnes, OSB #03352
Attorney for the Plaintiffs

**OlsenDaines**
P.O. Box 12829
Salem, OR 97309-0829
Telephone: 503-362-9393
Facsimile: 503-362-1375

Page 6 - Complaint